United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD L. YOUNG, | No. C06-02701 MJJ |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| WASTE MANAGEMENT OF ALAMEDA COUNTY INC, | |
| Defendant. | |

The Court has received no opposition or statement of non-opposition from Plaintiff to Defendant's Motion for Summary Judgment, which is scheduled for hearing on June 27, 2006. Under the Civil Local Rules, the opposition was due three weeks before the hearing date. This hearing is hereby **VACATED**.

Plaintiff is hereby **ORDERED** to show good cause in writing, by **June 16, 2006**, why no opposition or statement of non-opposition has been filed to date, and why any tardy filing should be considered at this point given the guidelines of the Local Rules, as well as the Court's Standing Order for civil cases.

United States District Court
For the Northern District of California

1  Plaintiff is **ORDERED** to file an opposition or statement of non-opposition concurrently
2  with the response to this order to show good cause. Defendant may file a reply one week after
3  Plaintiff's opposition is filed. Failure to respond to this order shall result in the imposition of
4  sanctions, which may include granting the motion.

9  **IT IS SO ORDERED.**

12  Dated: June 7, 2006

_____
MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

2