SHEILA K. SEXTON, SBN 197608
BEESON, TAYER & BODINE, PC
1404 Franklin Street, 5th Floor
Oakland, CA  94612
Telephone:     (510) 625-9700
Facsimile:      (510) 625-8275
Email:            ssexton@beesontayer.com
Attorneys for Defendant
Teamsters Local 70

RONALD J. HOLLAND, ESQ.
LITTLER MENDELSON
650 California Street, 20th Floor
San Francisco, CA  94108-2693
Telephone:     (415) 433-1940
Facsimile:      (415) 399-8490
Attorneys for Defendant
Waste Management of Alameda County, Inc.

JOHN L. TAYLOR
LAW OFFICES OF JOHN L. TAYLOR
507 Polk Street, Suite 300
San Francisco, CA  94102
Telephone:     (415) 956-0155
Facsimile:      (415) 956-0194
Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD L. YOUNG, | Case No. C-06-02701 MJJ |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND NON-EXPERT DISCOVERY CUTOFF** |
| v. | |
| WASTE MANAGEMENT OF ALAMEDA COUNTY, INC.; INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL 70, | Trial date: September 24, 2007 |
| Defendants. | |

1  IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES that the non-
2 expert discovery cutoff, now scheduled as May 25, 2007, shall be extended to June 25, 2007, in
3 order to allow the parties to engage in settlement discussions.

6 Dated: March 27, 2007                     Respectfully submitted,

7                                           BEESON, TAYER & BODINE, PC

9                                           By:      /s/Sheila K. Sexton
                                                   SHEILA K. SEXTON
10                                                 Attorneys for Teamsters Local 70

11 Dated: March 28, 2007                    LITTER MENDELSON

13                                          By:      /s/Ronald Holland
                                                   RONALD HOLLAND
14                                                 Attorneys for Waste Management

16 Dated: April 3, 2007                     LAW OFFICES OF JOHN L. TAYLER

18                                          By:      /s/John L. Taylor
                                                   JOHN L. TAYLOR
                                                   Attorneys for Plaintiffs

20       IT IS SO ORDERED.

23 Dated: April 5, 2007                     _____
                                            UNITED STATES DISTRICT JUDGE

STIPULATION & [PROPOSED] ORDER TO EXTEND NON-EXPERT DISCOVERY CUTOFF        2
CASE NO. C-06-02701 MJJ
59185.doc