JOHN L. TAYLOR, Bar No. 117532
LAW OFFICES OF JOHN L. TAYLOR
507 Polk Street, Suite 300
San Francisco, CA 94102
Telephone: 415.956.0155

Attorney for Plaintiff
HAROLD L. YOUNG

RONALD J. HOLLAND, Bar No. 148687
ELLEN M. BRONCHETTI, Bar No. 226975
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA  94108.2693
Telephone:    415.433.1940

Attorneys for Defendant
WASTE MANAGEMENT OF ALAMEDA COUNTY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD L. YOUNG, <br><br> Plaintiff, <br><br> v. <br><br> WASTE MANAGEMENT OF ALAMEDA COUNTY, INC.; INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL 70; and DOES 1 THROUGH 25, <br><br> Defendants. | Case No.  C-06-02701 MJJ <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** <br><br> [Fed. R. Civ. P. 41(a)(1)] <br><br> Judge:    Hon. Martin J. Jenkins |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

STIPULATION OF DISMISSAL

Case No. C-06-02701-MJJ

1    IT IS HEREBY STIPULATED by and between the parties to this action, through
2  their respective counsel, that the above-captioned action be and hereby is dismissed with prejudice
3  pursuant to Rule 41(a) (1) of the Federal Rules of Civil Procedure.  Each party agrees to bear its own
4  costs and fees.

5

6  Dated: May 2, 2007                    LAW OFFICES OF JOHN L. TAYLOR

7                                         _____
                                          JOHN L. TAYLOR
8                                         Attorney for Plaintiff
                                          HAROLD L. YOUNG
9

10

11

12
      Dated: May 2, 2007                  /S/ Sheila K.Sexton
13                                        SHEILA K. SEXTON
                                          BEESON, TAYER, BODINE
14                                        Attorneys for Defendant
                                          INTERNATIONAL BROTHERHOOD OF
15                                        TEAMSTER, LOCAL 70

16    Dated: May 2, 2007
                                          _____
17                                        RONALD J. HOLLAND
                                          ELLEN M. BRONCHETTI
18                                        LITTLER MENDELSON
                                          A Professional Corporation
19                                        Attorneys for Defendant
                                          WASTE MANAGEMENT OF ALAMEDA
20                                        COUNTY, INC.

21

22

23

24

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION OF DISMISSAL                              1.                              Case No. C-06-02701-MJJ

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: May __4__, 2007

_____
THE HONORABLE MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

Firmwide:82412808.1 046609.1267

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION OF DISMISSAL          2.          Case No. C-06-02701-MJJ